**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Jamie Yohn,

Plaintiff,

v.

All Good Management, LLC, Taco Boy Summerville, LLC, Taco Boy Dos, LLC and Folly Tacqueria, LLC,

Defendants.

C/A No.: 2:23-cv-00647-BHH

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff, Jamie Yohn, hereby stipulates to the dismissal *with prejudice* of this action against all Defendants. Each party shall bear its own costs and attorneys' fees, if any.

**Respectfully submitted:**

s/ Kathleen McDaniel
Kathleen McDaniel (Fed. ID 10139)
Annie Day Bame (Fed. ID 13363)
Burnette Shutt & McDaniel, PA
912 Lady Street, 2nd Floor (29201)
Post Office Box 1929
Columbia, South Carolina 29202
Tel: 803.904.7913
Fax: 803.904.7910
KMcDaniel@BurnetteShutt.Law
Abame@BurnetteShutt.Law

**ATTORNEYS FOR PLAINTIFF**

January 16, 2024
Columbia, South Carolina

**Respectfully submitted:**

s/ Ford H. Thrift
Morgan S. Templeton (Fed. ID 07187)
Ford H. Thrift (Fed. ID 12343)
WALL TEMPLETON & HALDRUP, PA
145 King Street, Suite 300
Post Office Box 1200
Charleston, South Carolina 29402
Tel: 843.329.9500
Morgan.Templeton@WallTempleton.com
Ford.Thrift@WallTempleton.com

**ATTORNEYS FOR DEFENDANTS**

January 16, 2024
Charleston, South Carolina